OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10. 2015

9/3/2015
EARLY, JOSHUA        Tr. Ct. No. 1020610-B        WR-83,796-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
[ ] NEED BOOKING DATE
[ ] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS

JOSHUA EARLY
TRAVIS CO. CORR. CEN - TDC # 1344817
3614 BILL PRICE RD.
DEL VALLE, TX 78617

U TF

43B 78617